UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI E. MOJADDIDI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO DIVENCENZO, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1388-JAM-KJN (PS)<br><br><br>ORDER |

　　　　On November 3, 2016, this case was before the undersigned for a status (pretrial) scheduling) conference.  Plaintiff Naomi Mojaddidi appeared on her own behalf.  Defendants did not appear.  Based on a review of the docket in this matter, it appears that defendants have yet to be served with summons, the complaint, and related documents.  (See ECF No. 3.)  However, plaintiff represented at the status conference that she submitted the proper service documents to the United States Marshal Service in compliance with the court's June 22, 2016 order, and, as the result of some delay on the part of the U.S. Marshal, just recently received confirmation that defendants have been served.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall make a reasonable effort to ensure that proof of service for each defendant is filed as soon as possible. If proof of service for each defendant is not filed within 30 days of the date of this order due to further delay by the U.S. Marshal, plaintiff shall provide a copy of this order to the U.S. Marshal, and the U.S. Marshal shall file the proofs of service forthwith if service has been effected, or, if service has not been effected, shall, within 10 days of plaintiff providing this order, file with the court a statement explaining why service has not yet occurred in this action and when that service will occur.

2. A further status (pretrial scheduling) conference is set for January 19, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE