Jesse M. Caryl, Bar No. 208687
BENT CARYL & KROLL, LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, California  90048
Telephone:   (323) 315-0510
Facsimile:    (323) 774-6021
jcaryl@bcklegal.com

Attorneys for Defendants
GMRI, Inc. and Gustavo Divencenzo

Naomi E. Mojaddidi, Pro Se
1729 Heritage Lane, #482
Sacramento, CA 95815

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI E. MOJADDIDI,<br><br>                    Plaintiff,<br><br>          v.<br><br>OLIVE GARDEN ITALIAN RESTAURANT, GUSTAVO DIVENCENZO, individually and in his official capacity as the Director of the Olive Garden Italian Restaurant, AQUILES PELAYO, individually and in his official capacity as General Manager of the Olive Garden Italian Restaurant, SAM HOCKETT, individually and in his official capacity as Manager at the Olive Garden Italian Restaurant,<br><br>                    Defendants. | CASE NO. 2:16-CV-01388-JAM-KJN<br><br>**JOINT STIPULATION TO STAY THE CIVIL ACTION AND PROCEED IN ARBITRATION IN ACCORDANCE WITH THE PARTIES' MUTUAL ARBITRATION AGREEMENT; ORDER**<br><br><br><br><br>Action filed:  June 21, 2016<br>Trial date:   None |

**TO THE COURT AND ALL INTERESTED PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Naomi Mojaddidi

("Plaintiff") and defendants GMRI, Inc. and Gustavo Divencenzo (collectively,

"Defendants") (together, the "Parties"), by and through their counsel of record, as

follows:

WHEREAS, on June 21, 2016, Plaintiff filed the above-captioned action alleging discrimination and retaliation claims associated with her former employment with GMRI, Inc.; and

WHEREAS, the Parties have met and conferred regarding Defendants' potential Motion to Compel Arbitration, and have agreed to submit the matter to GMRI, Inc.'s Dispute Resolution Process ("DRP"), including binding arbitration;

THEREFORE, the Parties and their counsel of record, hereby stipulate to the following:

1.      The above-captioned lawsuit will be stayed pending resolution of the arbitration; and

2.      The above-captioned lawsuit will proceed in accordance with Defendants' DRP.

IT IS SO STIPULATED.

Dated:  November 4, 2016                    BENT CARYL & KROLL, LLP


                                           By: */s/ Jesse M. Caryl*
                                           _____
                                           Jesse M. Caryl
                                           Attorneys for Defendants
                                           GRMI, Inc. and Gustavo
                                           Divencenzo


Dated:  November 4, 2016                    PLAINTIFF


                                           By: /s/
                                           _____
                                           Naomi E. Mojaddidi
                                           In Pro Per

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

JOINT STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Parties having stipulated, and with good cause appearing, the Court hereby ORDERS that:

1.     The above-captioned lawsuit will be stayed pending resolution of the binding arbitration;

2.     The above-captioned lawsuit will transition to binding arbitration in accordance with GMRI, Inc.'s Dispute Resolution Process; and

3.     The parties shall file a joint status conference report RE: Arbitration no later than May 8, 2017.


IT IS SO ORDERED.


Dated:  11/8/2016                    /s/ John A. Mendez_____

                                     UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, Darryl Jones, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 6300 Wilshire Boulevard, Suite 1415, Los Angeles, California 90048. On November 7, 2016, I served a copy of the within document(s):

**JOINT STIPULATION TO STAY THE CIVIL ACTION AND PROCEED IN ARBITRATION IN ACCORDANCE WITH THE PARTIES' MUTUAL ARBITRATION AGREEMENT**

X      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

           by placing the document(s) listed above in a sealed Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnite Express agent for delivery.

X      by causing the document(s) to be filed and served via the Court's ECF system.

Naomi E. Mojaddidi
1729 Heritage Lane, #482
Sacramento, CA 95815
*Pro Se*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 7, 2016, at Los Angeles, California.

*/s/ Darryl Jones*
Darryl Jones
