Jesse M. Caryl, Bar No. 208687
BENT CARYL & KROLL, LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, California 90048
Telephone: (323) 315-0510
Facsimile: (323) 774-6021
jcaryl@bcklegal.com

Attorneys for Defendants
GMRI, Inc. and Gustavo Divencenzo

Naomi E. Mojaddidi
1729 Heritage Lane, #482
Sacramento, CA 95815
*Pro Se*

FILED

MAY 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI E. MOJADDIDI,<br><br>Plaintiff,<br><br>v.<br><br>OLIVE GARDEN ITALIAN RESTAURANT, GUSTAVO DIVENCENZO, individually and in his official capacity as the Director of the Olive Garden Italian Restaurant, AQUILES PELAYO, individually and in his official capacity as General Manager of the Olive Garden Italian Restaurant, SAM HOCKETT, individually and in his official capacity as Manager at the Olive Garden Italian Restaurant,<br><br>Defendants. | CASE NO. 2:16-CV-01388-JAM-KJN<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[[~~PROPOSED~~] ORDER THEREON CONCURRENTLY FILED]<br><br><br><br>Action filed: June 21, 2016<br>Trial date: None |

Defendants GMRI, Inc., erroneously sued herein as Olive Garden Italian Restaurant ("GMRI"), and Gustavo Divencenzo ("Divencenzo") (collectively, "Defendants") and plaintiff Naomi Mojaddidi ("Plaintiff") (and together with Defendants, the "Parties") hereby stipulate as follows:

WHEREAS, the Parties initiated the arbitration process with the American Arbitration Association ("AAA");

WHEREAS, the Parties have fully executed a settlement of the current matter as to Plaintiff's claims and now seek a dismissal of those claims with prejudice;

NOW THEREFORE, it is hereby stipulated and agreed, that: Defendants be dismissed from this action with prejudice.

Dated: April 4, 2018           BENT CARYL & KROLL, LLP

By: /s/ *Jesse M. Caryl*
Jesse M. Caryl
Attorneys for Defendants
GRMI, Inc., and Gustavo Divencenzo

Dated: April 4, 2018

By: /s/ *Naomi E. Mojaddidi*
Naomi E. Mojaddidi
Plaintiff Pro Se

### Certification of Compliance with Eastern District Cal. L.R. 131(e)

I hereby certify that pursuant to Eastern District Cal. L.R. 131(e), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2018                    BENT CARYL & KROLL, LLP


By: */s/ Jesse M. Caryl*
    Jesse M. Caryl
    Attorneys for Defendants
    GRMI, Inc., and Gustavo Divencenzo

Jesse M. Caryl, Bar No. 208687
BENT CARYL & KROLL, LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, California 90048
Telephone: (323) 315-0510
Facsimile: (323) 774-6021
jcaryl@bcklegal.com

Attorneys for Defendants
GMRI, Inc. and Gustavo
Divencenzo

Naomi E. Mojaddidi
1729 Heritage Lane, #482
Sacramento, CA 95815
*Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI E. MOJADDIDI,<br><br>Plaintiff,<br><br>v.<br><br>OLIVE GARDEN ITALIAN RESTAURANT, GUSTAVO DIVENCENZO, individually and in his official capacity as the Director of the Olive Garden Italian Restaurant, AQUILES PELAYO, individually and in his official capacity as General Manager of the Olive Garden Italian Restaurant, SAM HOCKETT, individually and in his official capacity as Manager at the Olive Garden Italian Restaurant,<br><br>Defendants. | CASE NO. 2:16-CV-01388-JAM-KJN<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL<br><br><br><br>Action filed: June 21, 2016<br>Trial date: None |

Based on the parties' Stipulation For Dismissal Of Action, and good cause having been shown, the Court orders as follows:

In accordance with Federal Rule of Civil Procedure 41(a)(2), the above referenced matter is dismissed with prejudice.

Parties are to bear their own costs and fees.

IT IS SO ORDERED.

Dated: ~~April~~ May 21, 2018

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE